# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-cv-00690-FDW-DSC

| | |
|---|---|
| PATRICIA HOWE, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY dba LINCOLN FINANCIAL GROUP, | ) |
| Defendant. | ) |

## ORDER

**THIS MATTER** is before the Court on the "Joint Motion for Stay for Defendant's Further Administrative Review of Plaintiff's Claim" (document #9). Having conferred with the chambers of the Honorable Frank D. Whitney, the Motion is denied.

**SO ORDERED**.

Signed: January 26, 2018

David S. Cayer
United States Magistrate Judge